**Affirmed in Part and Reversed and Rendered in Part, and Majority and Concurring Opinions filed August 31, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00204-CV

---

### CCC GROUP, INC., Appellant

### V.

### ENDURO COMPOSITES, INC. AND J.P. MACK INDUSTRIES, LLC, Appellees

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2014-18092**

---

## CONCURRING OPINION

I concur in the judgment. I join in the court's analysis only as to part II(A) of the opinion. I do not join in the decision to issue the opinion as a non-memorandum opinion.


/s/     Charles A. Spain
          Justice

Panel consists of Justices Jewell, Spain, and Wilson (Wilson, J., majority).